UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

People for the Ethical Treatment of Animals, Inc.,

       Plaintiff,            Case No: 2:18-mc-3

v.                           HON TIMOTHY P. GREELEY

DeYoung Family Zoo,

       Defendant.
_____/

## ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. § 455(b)(5)(ii) from further participation in this case.  The case will be reassigned by the Clerk's Office.

IT IS ORDERED

Dated: December 19, 2018         /s/ Timothy P. Greeley
                                        TIMOTHY P. GREELEY
                                        U.S. MAGISTRATE JUDGE