UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

    Plaintiff,

v.

DEYOUNG FAMILY ZOO,

    Defendant.
_____/

Case No. 2:18-mc-3

Hon. Ray Kent

## ORDER OF TRANSFER

People for the Ethical Treatment of Animals, Inc. filed this motion pursuant to Fed. R. Civ. P. 45 to compel DeYoung Family Zoo to comply with subpoenas issued by the Court in *Missouri Primate Foundation et al. v. People for the Ethical Treatment of Animals, et al.*, No. 4:16-cv-2163 CDP (E.D. Mo.). Now, the parties have filed a joint motion to transfer venue of this proceeding to that court (ECF No. 7). Fed. R. Civ. P. 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents[.]" Upon due consideration, and at the request of both parties, the joint motion is **GRANTED**.

Accordingly, **IT IS ORDERED** that this proceeding be transferred to the United States District Court for the Eastern District of Missouri pursuant to Fed. R. Civ. P. 45(f).

Dated: December 21, 2018          /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge